# COVINGTON & BURLING LLP

THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018-1405
TEL 212.841.1000
FAX 212.841.1010
WWW.COV.COM

BEIJING
BRUSSELS
LONDON
NEW YORK
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
WASHINGTON

September 8, 2010

**BY ELECTRONIC FILING**

The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y.  11201

      Re:    *United States v. $27,209.53 previously on deposit in Park Avenue Bank Account Number 6000804477, now in the custody of the U.S. Department of Treasury, held in the name of Jacob & Leah Neuschloss, and all proceeds traceable thereto, et al.*, 10 Civ. 2633 (DLI)

Dear Judge Irizarry:

      We represent Jacob and Leah Neuschloss and their companies, 13th Avenue Lingerie Shop Inc. and The Lingerie Shop 50th St., Inc., in connection with the above-captioned action. Pursuant to Your Honor's individual rules, we write to respectfully request that the deadlines for our clients to file a claim to the defendant assets and to file an answer or motion under Fed. R. Civ. P. 12 be extended 45 days to Monday, November 4, 2010, and Wednesday, November 24, 2010, respectively.

      Pursuant to Supplemental Rules G(4)(b)(ii)(B) and (C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims and this Court's prior order, the current deadline for our clients to file a claim is September 20, 2010, and the deadline to file an answer is October 11, 2010.  We request a 45-day extension of these deadlines so that we may continue discussions with the government concerning resolution of this matter without further litigation.

COVINGTON & BURLING LLP

The Honorable Dora L. Irizarry
September 8, 2010
Page 2

    I have spoken to Assistant United States Attorney Duncan Levin, who has informed me that the government consents to this request. One prior extension request has been made and granted by the Court.

    I thank the Court for its consideration of this request.

Respectfully,

Alan Vinegrad

cc (by e-mail):

    Duncan Levin, Esq.
    Assistant U.S. Attorney