SLR:KAN/LDM:DPL
F.#2010V00215

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

            Plaintiff,

    – against –

TWENTY-SEVEN THOUSAND TWO HUNDRED AND NINE DOLLARS AND FIFTY-THREE CENTS ($27,209.53) PREVIOUSLY ON DEPOSIT IN PARK AVENUE BANK ACCOUNT NUMBER 6000804477, NOW IN THE CUSTODY OF THE U.S. DEPARTMENT OF TREASURY, HELD IN THE NAME OF JACOB & LEAH NEUSCHLOSS, AND ALL PROCEEDS TRACEABLE THERETO,

FIFTY-TWO THOUSAND SIX HUNDRED AND NINETY-FIVE DOLLARS AND SEVENTY-ONE CENTS ($52,695.71) PREVIOUSLY ON DEPOSIT IN PARK AVENUE BANK ACCOUNT NUMBER 6200023070, NOW IN THE CUSTODY OF THE U.S. DEPARTMENT OF TREASURY, HELD IN THE NAME OF 13TH AVENUE LINGERIE SHOP INC., AND ALL PROCEEDS TRACEABLE THERETO, and

THIRTY-FIVE THOUSAND NINE HUNDRED AND THIRTEEN DOLLARS AND THIRTY CENTS ($35,913.30) PREVIOUSLY ON DEPOSIT IN PARK AVENUE BANK ACCOUNT NUMBER 6200023089, NOW IN THE CUSTODY OF THE U.S. DEPARTMENT OF TREASURY, HELD IN THE NAME OF THE LINGERIE SHOP 50TH ST. INC., AND ALL FUNDS TRACEABLE THERETO,

            Defendant.

- - - - - - - - - - - - - - - - -X

DECREE OF FINAL
FORFEITURE AND ORDER
OF DELIVERY

Civil Action No.
CV-10-2633

(Irizarry, J.)

        Upon the Declaration of Duncan Levin, Assistant United States Attorney and the exhibits attached thereto, and upon all

papers filed and proceedings had herein, and pursuant to 31 U.S.C. § 5317 and the application of the United States of America, Plaintiff; and

  WHEREAS, the United States has instituted a civil asset forfeiture proceeding against one hundred and fifteen thousand eight hundred and eighteen dollars and fifty-four cents ($115,818.54), more or less, previously on deposit in the above-captioned bank accounts, now in the custody of the United States Department of Treasury (the "Defendant Funds");

  WHEREAS, no persons or entities known or thought to have an interest in or claim to the Defendant Funds, having been given due notice of these proceedings, have interposed a claim to the Defendant Funds or answer to the Verified Complaint <u>In</u> <u>Rem</u>;

  It is hereby ORDERED, ADJUDGED and DECREED that, the default of all other persons having any interest in the Defendant Funds be and the same hereby is noted; and it is further

  ORDERED, ADJUDGED and DECREED that, pursuant to 31 U.S.C. § 5317, the Defendant Funds are hereby forfeited and condemned to the use and benefit of the United States of America for the reasons set forth in the Verified Complaint <u>In</u> <u>Rem</u>; and it is further

  ORDERED, ADJUDGED and DECREED that the United States Department of Treasury be and the same is hereby directed to pay

its costs incurred incident to this proceeding from the Defendant Funds, and to dispose of the remainder in accordance with law; and it is further

    ORDERED, ADJUDGED and DECREED that the Clerk of the Court forward four certified copies of this Decree to the United States Attorney for the Eastern District of New York, Attention: Assistant United States Attorney Duncan Levin, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated:    Brooklyn, New York  
           November __, 2010

                                    _____  
                                    HONORABLE DORA L. IRIZARRY  
                                    UNITED STATES DISTRICT JUDGE  
                                    EASTERN DISTRICT OF NEW YORK